

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-18-2011

# Michael Schmidt v. James Creedon

Precedential or Non-Precedential: Precedential

Docket No. 09-2051

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Michael Schmidt v. James Creedon" (2011). *2011 Decisions.* Paper 1340.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1340

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 09-2051 and 10-1633

———————

MICHAEL C. SCHMIDT,

Appellants.

v.

JAMES P. CREEDON; CONNIE A. TENNIS;
RICHARD A. SHAFFER; GREGORY A. GREEN

———————

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. Nos. 4-07-cv-01190 and 1-09-cv-00323)
District Judge:  Honorable John E. Jones

———————

No. 09-2051 Argued on November 2, 2010

No. 10-1633 Submitted under Third Circuit LAR 34.1(a)
on November 2, 2010

Before:  SCIRICA, STAPLETON, and ROTH, Circuit Judges

(Opinion filed March 29, 2011)

**ROTH, <u>Circuit Judge</u>:**


  **IT IS ORDERED** that the precedential opinion in the above case, filed on March

29, 2011, be vacated.  An amended opinion will be filed forthwith.

  This amendment does not change the date of filing, March 29, 2011.


       By the Court,


       /s/ Jane R. Roth   
       Circuit Judge

Dated:  18 April 2011